```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                        Criminal No. 10-cr-032-01-JD

James Meattey

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant has moved to continue the hearing until after a psychiatric examination and has consented to temporary detention until then.

Accordingly, it is **ORDERED** that the defendant be detained pending psychiatric examination by the Bureau of Prisons.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date: April 22, 2010

cc:    John T. Pendleton, Esq.
       Kenneth L. Perkes, AUSA
       U.S. Marshal
       U.S. Probation