```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                          Criminal No. 10-cr-32-01-JD

<u>James Meattey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 29) filed by defendant is granted; continuance is limited to 60 days. Trial is continued to the two-week period beginning November 9, 2010, 9:30 AM. Trial as to co-defendant Megann Glidden is also continued unless defendant Glidden files an objection on or before August 16, 2010.

Defendant Meattey shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    */s/ Joseph A. DiClerico, Jr.*
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date:  August 11, 2010

cc:  John Pendleton, Esq.
     Jessica Brown, Esq.
     Kenneth Perkes, Esq.
     U.S. Marshal
     U.S. Probation