UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 10-cr-32-01-JD

<u>James Meattey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 35) filed by defendant is granted. The continuance is limited to 60 days. Trial is continued to the two-week period beginning January 4, 2011, at 9:30 AM. As Co-defendant Megann Glidden has assented to the continuance, her trial is also continued to the January 4, 2011 trial period.

Defendant Meattey shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            ***/s/ Joseph A. DiClerico, Jr.***
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  October 21, 2010

cc:   John Pendleton, Esq.
      Kenneth Perkes, Esq.
      U.S. Marshal
      U.S. Probation